**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6357**

———————————

BILLY MOSS,

                              Petitioner - Appellant,

        versus

EUGENE NUTH, Warden; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

                              Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Deborah K. Chasanow, District Judge. (CA-
95-225-DKC)

———————————

Submitted:  July 10, 1997          Decided:  July 23, 1997

———————————

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Billy Moss, Appellant Pro Se.  Celia Anderson Davis, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Appellant's motion for a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. <u>Moss v. Nuth</u>, No. CA-95-225-DKC (D. Md. Feb. 11, 1997). <u>See</u> <u>Lindh v. Murphy</u>, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>